■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. SARI JEAN GLASS LANGSTEIN, Admitted as SARI J. GLASS on April 18, 1988, at a Term of the Appellate Division, Second Department. [784 NYS2d 851]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 240 AD2d 106 (1998).]